JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

November 23, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHARROLL D. SMITH, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | No. CV 15-8805 SJO (FFMx)<br><br>ORDER PROHIBITING DEFENDANT FROM FILING ANY FURTHER NOTICE OF REMOVAL OF LOS ANGELES SUPERIOR COURT CASE NO. 15F04495 |

On November 12, 2015, Defendant Sharroll D. Smith, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. Defendant has previously attempted to remove this same unlawful detainer proceeding on one separate occasion. As in her prior attempt, plaintiff has not provided the Court with copies of the state court filing as required by 28 U.S.C. § 1446(a).

The Court now has denied the *in forma pauperis* application twice because the action was not properly removed. To prevent Defendant from further abusing the federal court to obstruct her state proceedings without any basis, the Court issues this order prohibiting her from filing any further notice of removal with respect to this unlawful detainer action.

/ / /

1  IT IS ORDERED that Sharroll D. Smith is prohibited from filing any further Notice of Removal of Los Angeles County Superior Court Case No. 15F04495 from state court without an Order of the Court or of the Chief Judge of the Central District of California allowing her to do so.

IT IS SO ORDERED.

DATED: November 23, 2015.

*S. James Otero*

S. JAMES OTERO
United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
  FREDERICK F. MUMM
United States Magistrate Judge